# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 31, 2020

## NO. 03-19-00788-CV

**Thor Motor Coach, Inc., Appellant**

**v.**

**Daniel Rothwell, Individually, and as Dependent Administrator of the
Estate of Mary Rothwell, Decedent, and for the Use and Benefit of
All Surviving Wrongful Death Beneficiaries of Mary Cano Rothwell, Appellee**

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the interlocutory order signed by the trial court on October 7, 2019. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.